# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIDA STABLER,<br><br>                 Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | 8:23CV458<br><br>ORDER |

**IT IS ORDERED** that per the Substitution of Counsel (Filing No. 53) Timothy Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy Hook in this case.

Dated this 14th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge